In the
# United States Court of Appeals
For the Eleventh Circuit

---

No. 24-10493

---

FBG, LLC,
Relator; a limited liability company,

Plaintiff-Appellant,

UNITED STATES OF AMERICA,
STATE OF CALIFORNIA,
STATE OF GEORGIA,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF FLORIDA,
ex rel FGB, LLC.,

Movants-Appellants,

*versus*

OPKO HEALTH INC, LLC,
a Delaware corporation,
PHILLIP FROST,
MARC D. GRODMAN,
CHARLES TODD,

individuals,
BIOREFERENCE HEALTH, LLC,
a Delaware limited liability company
f.k.a. Bio-Reference Laboratories, Inc. et al.,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:18-cv-00166-WWB-JBT

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 18, 2024

For the Court: DAVID J. SMITH, Clerk of Court